[No. 27077-7-III.   Division Three.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JERAMIE RAY DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02584-8, Gregory D. Sypolt, J., entered April 18, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27255-9-III.   Division Three.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA FAYE FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00119-4, Vic L. VanderSchoor, J., entered June 27, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 27305-9-III.   Division Three.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB JAMES ZIRKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00823-8, John M. Antosz, J., entered June 24, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 61436-3-I.   Division One.   August 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NADDER BARON HAGHIGHI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10032-4, Dean Scott Lum, J., entered March 7, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Becker, J.